FORM oncnf13 (Rev. 10/20)

**UNITED STATES BANKRUPTCY COURT**
Northern District of Florida
Pensacola Division

In Re:  Paul Allen Wood
     aka Paul A Wood, aka Paul Wood
     SSN/ITIN: xxx–xx–8155
      Debtor
Lora Ann Wood
     aka Lora A Wood, aka Lora Wood
     SSN/ITIN: xxx–xx–5406
      Joint Debtor

Bankruptcy Case No.:  24–30061–KKS

Chapter:  13
Judge:  Karen K. Specie

**Order and Notice of Rescheduled Hearing
on Confirmation and Fixing Time to File Objections**

To All Creditors and Parties in Interest:

Please take notice that the debtor(s) has/have filed a Chapter 13 Plan or an Amended Plan.

**IT IS ORDERED AND NOTICE GIVEN** that:

A hearing to consider confirmation of the debtor(s) proposed Chapter 13 Plan will be held on **July 2, 2024, at 09:30 AM,** *Eastern Time***, via ZOOM**.

Written objections to confirmation must be filed with the Court on or before June 25, 2024 at U.S. Bankruptcy Court, 110 E. Park Ave., Ste. 100, Tallahassee, FL 32301. A copy of the objection shall also be furnished to:

| | | |
|---|---|---|
| ***Chapter 13 Trustee*** | as well as | ***Debtor's Attorney*** |
| Leigh A. Duncan | | Steven D. Jurnovoy |
| Leigh A. Duncan | | Lewis & Jurnovoy, P.A. |
| Post Office Box 646 | | 1100 North Palafox Street |
| Tallahassee, FL 32302 | | Pensacola, FL 32501 |

At the hearing, the Court will also hear and determine each motion, objection, and other matter filed by any party in interest that is then pending, provided that the motion, objection, or other matter was filed and served a period of time before the confirmation hearing no less than that required by the Federal Rules of Bankruptcy Procedure for notice of hearing of such a matter.

**Counsel for the debtor, if represented, is directed to serve a copy of this order together with a copy of the most recently filed plan (see Fed. R. Bankr. P. 3015(d)) to all creditors and parties in interest using a current mailing matrix from the Court's CM/ECF system, and promptly thereafter file a certificate of such service.** If the debtor is not represented by counsel, or if the debtor is represented *pro bono*, the Court will serve the Order and Plan in accordance with applicable Rules.

**DONE AND ORDERED** May 17, 2024.

/s/ Karen K. Specie
Karen K. Specie
U.S. Bankruptcy Judge

**Zoom Participation Instructions:**
Parties who wish to ACTIVELY participate in this proceeding MUST: (1) Register through the Court's website at http://www.flnb.uscourts.gov/zoom (2) Dress in appropriate attire; (3) Mute their microphone when not speaking; and (4) Participate from a quiet location. Parties who wish to listen only, not actively participate, or do not have video capability may appear telephonically via Zoom (registration required as noted above). *Zoom participants must register as soon as possible for emergency/expedited hearings, if applicable.*