UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

In re:                                                 Case No. 24-30061-KKS
                                                            Chapter 13 (J)

Paul & Lora Wood,

       Debtors.
_____/

**DEBTORS' RESPONSE TO CHAPTER 13 TRUSTEE'S
OBJECTION(S) TO CONFIRMATION OF
CHAPTER 13 PLAN AT ECF NO. 30**
(ECF No. 41)

COME NOW the Debtors, Paul & Lora Wood, by and through their attorney of record and files this Response to the Chapter 13 Trustee's Objection(s) to Confirmation (ECF No. 41) of First Amended Chapter 13 Plan at ECF No. 30 and states:

1. Debtors state that their non-exempt assets total $19,000.00 according to Schedules AB of the Petition. Debtors' First Amended plan proposes a payments to unsecured creditors of over $33,000.00. As a result, the First Amended Plan meets the liquidation test and the objection of the Chapter 13 Trustee must be overruled.

1

2. Debtors state that even if the values on Schedule AB are higher than what is scheduled, Debtors are paying their creditors over $14,000.00 more than what is required by the liquidation test. As a result, the objection of the Chapter 13 Trustee must be overruled.

3. Debtors state that the value of items on Schedule AB was determined according to either their book value or some type of online search. All of their assets are old and not worth much money. As a result, the objection of the Chapter 13 Trustee must be overruled.

4. Debtors have provided the Trustee with a copy of their 2023 Income Tax Return. As a result, the objection of the Chapter 13 Trustee must be overruled.

5. Debtors' income is supplemented by Social Security. As a result, any expense objections by the Trustee are not relevant. Social Security income is not part of and cannot be used to determine disposable income. Current Monthly Income specifically "excludes benefits received under the Social Security Act..." See 11 U.S.C. Section 101(10A)(B).

Further, Debtors are not required to increase their plan payments when their car loan pays out as it is being paid from Social Security Income. Further, Debtors are only a 3 year commitment. As a result, the objection by the Chapter 13 Trustee must be overruled.

6. Debtors state that they have met all the requirements for plan confirmation and the objection by the Trustee must be overruled.

[THIS PART INTENTIONALLY LEFT BLANK]

WHEREFORE PREMISES CONSIDERED, Debtors pray that this Honorable Court shall overrule the Chapter 13 Trustee's Objection(s) to Confirmation of First Amended Chapter 13 Plan, enter an Order Confirming the case and for such other, further, and different relief as may be appropriate under the circumstances.

_____
Martin S. Lewis, FL Bar No. 0100587
Steven D. Jurnovoy, FL Bar No. 938221
Attorney for Debtors

**OF COUNSEL:**
Lewis & Jurnovoy, P.A.
1100 North Palafox Street
Pensacola, FL 32501
Telephone: (850) 432-9110
Facsimile: (850) 433-8794
Email: landj@lewisandjurnovoy.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and accurate copy of the foregoing Response has been submitted to those listed below by electronic email or by first class mail, postage prepaid on this the 29th day of July 2024.

_____
OF COUNSEL

Leigh A. Duncan, Chapter 13 Trustee:
ldhdock@earthlink.net

Office of United State Trustee:
USTPRegion21.TL.ECF@usdoj.gov

Paul & Lora Wood
860 5th Street
Chipley, FL  32428

5